# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PATRINA SMITH,

        Plaintiff(s),

v.

AARGON AGENCY, INC.,

        Defendant(s).

2:22-cv-00516-APG-VCF

**ORDER**

Before me is the notice of settlement between plaintiff and Aargon Agency, Inc. (ECF No. 5).

Accordingly,

I ORDER that the parties must file a proposed stipulation and order for dismissal on or before June 13, 2022, all other deadlines are VACATED.

DATED this 13th day of April 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE